[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 27, 2012
JOHN LEY
CLERK

No. 10-15044
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-20673-DLG-23


UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff - Appellee,

versus

ARTHUR SMITH,
a.k.a. Co-Chief,

　　　　　　　　Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

Before TJOFLAT, CARNES, and FAY, Circuit Judges.

BY THE COURT:

　　Our previous opinion in this case, United States v. Smith, 654 F.3d 1263

(11th Cir. 2011), is VACATED, and the case is REMANDED to the district court for further consideration in light of <u>Dorsey v. United States</u>, Nos. 11–5683, 11–5721, 2012 WL 2344463, 567 U.S. —, — S.Ct. — (June 21, 2012).